UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JUSTINE STEPHENS,<br><br>    Defendant. | CASE NO. CR08-5601BHS<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION |

This matter comes before the Court on Defendant Justine Stephens' second motion to terminate probation. Dkt. 243. The Court considered the pleadings in support of the motion, the opposition filed by the government, the response of the U.S. Probation Officer, the records and files herein and conducted a hearing on July 2, 2012. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that Defendant Justine Stephens' motion to terminate probation is hereby GRANTED, effective October 12, 2012, upon the condition that Defendant remain in full compliance with the conditions of probation until that date.

Dated this 3rd$^{st}$ day of July, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 1